IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIE A. BUSSING, | ) | 8:12CV238 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER ON MOTION TO** |
| LEGENT CLEARING, LLC, COR | ) | **SEAL EXHIBITS AND REDACT** |
| SECURITIES HOLDINGS, Inc., | ) | **PARAGRAPHS OF COMPLAINT** |
| CARLOS P. SALAS, in his Official | ) | |
| Capacities, and CHRISTOPHER L. | ) | |
| FRANKEL, in his Official | ) | |
| Capacities, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before me on the defendants' Motion to Seal Exhibits and Redact Paragraphs of Complaint. (Filing No. 5.) The plaintiff, Julie A. Bussing, ("Bussing") filed her complaint in this matter on July 9, 2012, along with over 100 pages of Exhibits. (Filing No. 1.)[1] In their motion, the defendants assert that several portions of the complaint, as well as the exhibits to the complaint, contain "non-public, confidential, privileged, proprietary and/or trade secret information." (Filing No. 6 at CM/ECF p. 1.) As such, the defendants seek to provisionally restrict public access to the complaint and exhibits, pending further action in this matter. (*Id.*)[2]

I have carefully reviewed the complaint and exhibits (filing no. 1), as well as the defendants' motion (filing no. 5) and brief in support (filing no. 6). For good cause shown, and in accordance with the court's Local Rules, the Motion to Seal is granted in part. It is apparent from the defendants' motion and brief in support that

---

[1] The Complaint and Exhibits are filed as a single document.

[2] I note that this matter has been pending for only two days, and the defendants have not yet been served or filed any responsive pleading. (*See* Docket Sheet.)

they seek restriction of public access to the Complaint and Exhibits. (Filing No. 6.) Thus, rather than sealing the entire complaint and all exhibits, I will provisionally restrict access to the document pursuant to NeCivR 5.0.3(c)(3).[3]

IT IS THEREFORE ORDERED that:

1. the defendants' Motion to Seal (filing no. 5) is granted in part.

2. The clerk of the court is directed to provisionally restrict Filing No. 1 in its entirety.

---

[3]According to the clerk of the court, a sealed document does not appear on the public docket sheet at all. However, a restricted document appears on the public docket sheet as a docket entry, but the document is not viewable to the public. In this matter, the defendants do not seek to conceal from the public the filing of the plaintiff's Complaint, but the content only. As such, restriction, rather than sealing, is the appropriate remedy.

3. In the event that the plaintiff objects to the provisional restriction of Filing No. 1, she may file a motion with the court setting forth the reasons for her objections.

Dated July 11, 2012.

BY THE COURT

*signature*

Warren K. Urbom
United States Senior District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

3