IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIE A. BUSSING, | ) | 8:12CV238 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER REGARDING** |
| LEGENT CLEARING, LLC, COR | ) | **MOTION TO RESTRICT ACCESS** |
| SECURITIES HOLDINGS, Inc., | ) | **TO AMENDED COMPLAINT** |
| CARLOS P. SALAS, in their | ) | |
| Individual Capacities, and | ) | |
| CHRISTOPHER L. FRANKEL, in | ) | |
| their Individual Capacities, | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on its own motion. On August 14, 2012, the defendants filed a Motion to Restrict Access to Amended Complaint. (Filing No. 20.) I will rule on this motion in due course. In the meantime, however, the clerk of the court shall provisionally restrict the plaintiff's Amended Complaint pursuant to NECivR 5.0.3(c)(3).

    IT IS THEREFORE ORDERED that the clerk of the court is directed to provisionally restrict the plaintiff's Amended Complaint (filing no. 19) pursuant to NECivR 5.0.3(c)(3).

    Dated August 21, 2012.

                                  BY THE COURT

                                  /s/ Warren K. Urbom

                                  Warren K. Urbom
                                  United States Senior District Judge