IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIE A. BUSSING, | ) | 8:12CV238 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER ON MOTION TO** |
| COR CLEARING, LLC, COR | ) | **PROVISIONALLY RESTRICT** |
| SECURITIES HOLDINGS, Inc., | ) | **ACCESS TO PLAINTIFF'S FINAL** |
| CARLOS P. SALAS, in his | ) | **REVISED BRIEF IN OPPOSITION** |
| Individual Capacity, and | ) | **TO MOTION TO DISMISS AND** |
| CHRISTOPHER L. FRANKEL, in | ) | **EXHIBIT** |
| his Individual Capacity, | ) | |
| | ) | |
| Defendants. | ) | |

  This matter is before me on the defendants' Motion to Provisionally Restrict Access to Plaintiff's Final Revised Brief in Opposition to Motion to Dismiss and Exhibit (filing no. 43) and the plaintiff's Motion to Allow Final Revised Brief in Opposition to Motion to Dismiss & Motion to Restrict Access to All Pleadings (filing no. 45). Julie A. Bussing's motion seeks to file a Final Revised Brief in Opposition to Defendants' Motion to Dismiss. (Filing No. 42.) Further, both motions seek restriction of Bussing's Final Revised Brief in Opposition to Defendants' Motion to Dismiss. In accordance with my previous orders, and because the parties agree that restriction is warranted, both motions are granted.

  IT IS THEREFORE ORDERED that:

  1. the defendants' Motion to Provisionally Restrict Access to Plaintiff's Final Revised Brief in Opposition to Motion to Dismiss and Exhibit (filing no. 43) and the plaintiff's Motion to Allow Final Revised Brief in Opposition to Motion to Dismiss & Motion to Restrict Access to All Pleadings (filing no. 45) are granted.

  2. the plaintiff's Final Revised Brief in Opposition to Motion to Dismiss (filing no. 42) is deemed properly filed.

  3. The clerk of the court is directed to restrict Filing No. 42 in its entirety.

  4. In the event that the parties include the same, or similar, "non-public, sensitive information" in future filings, leave is given to the filing party, pursuant to NECivR 5.0.3, to file the document as restricted.

Dated October 30, 2012.

        BY THE COURT

        */s/ Warren K. Urbom*

        Warren K. Urbom
        United States Senior District Judge