IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIE A. BUSSING,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COR CLEARING, LLC, COR SECURITIES HOLDINGS, Inc.; CARLOS P. SALAS, in their Individual Capacities; and CHRISTOPHER L. FRANKEL, in their Individual Capacities;<br><br>　　　　　Defendants. | 8:12CV238<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The defendants' motion for leave, (Filing No. 68), is denied.

2) All briefs currently of record are deemed timely and appropriately filed.

3) The plaintiff's Motion to Amend Complaint, (Filing No. 63), is deemed fully submitted absent an order of the court requesting further briefing or oral argument.

July 5, 2013.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge