IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIE A. BUSSING,<br><br>        Plaintiff,<br><br>vs.<br><br>COR CLEARING, LLC, COR SECURITIES HOLDINGS, Inc.; CARLOS P. SALAS, CHRISTOPHER L. FRANKEL, JEFFREY N. SIME, STEVEN A. SUGARMAN,<br><br>        Defendants. | 8:12CV238<br><br>**ORDER** |

The plaintiff has moved to extend the expert witness deadline and for an order compelling production of insurance policies, (Filing No. 130). Based on the parties' respective submissions,

IT IS ORDERED:

1) The final progression order is amended as follows:

    a. The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

|  |  |
|---|---|
| For the plaintiff: | July 31, 2015. |
| For the defendants: | September 15, 2015. |
| Plaintiff's rebuttal: | October 15, 2015. |
| Defendants' rebuttal: | October 29, 2015. |

    b. The deposition deadline is extended to November 16, 2015.

    c. All other case progression deadlines and settings are unchanged.

2

2) At the plaintiff's request, the motion to compel production of insurance policies is deemed withdrawn.

3) To avert any further progression delays, any future motions over discovery disputes, case progression, or protective orders shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute(s).

May 14, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge