IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIE A. BUSSING, | | |
| Plaintiff, | | **8:12CV238** |
| vs. | | |
| COR CLEARING, LLC, COR SECURITIES HOLDINGS, Inc.; CARLOS P. SALAS, CHRISTOPHER L. FRANKEL, JEFFREY N. SIME, STEVEN A. SUGARMAN, | | **ORDER** |
| Defendants. | | |

After conferring with counsel,

IT IS ORDERED:

1)      The defendants' motion regarding the Attorney Eyes Only provisions of the parties' protective order, and the anticipated scope of protection afforded under such provisions, shall be filed on or before June 11, 2015.

2)      Plaintiff's response shall be filed on or before June 18, 2015.

3)      Any reply shall be filed on or before June 23, 2015.

4)      The matter will be deemed fully submitted as of June 24, 2015.

June 9, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge