IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIE A. BUSSING,<br><br>                    Plaintiff,<br><br>          vs.<br><br>COR CLEARING, LLC,  COR<br>SECURITIES HOLDINGS, Inc.; CARLOS<br>P. SALAS, CHRISTOPHER L.<br>FRANKEL, JEFFREY N. SIME, STEVEN<br>A. SUGARMAN,<br><br>                    Defendants. | **8:12CV238**<br><br>**ORDER** |

The parties' joint stipulation, (Filing No. 150), is granted, and the progression schedule is amended as follows:

1)      The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on March 14, 2016, or as soon thereafter as the case may be called, for a duration of ten (10) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.  Jury selection will be held at the commencement of trial.

2)      The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on March 1, 2016 at 10:00 a.m., and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on February 29, 2016. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3)      A telephonic conference with the undersigned magistrate judge will be held
        on October 6, 2015 at 1:00 p.m. to discuss the status of case progression
        and potential settlement. Counsel for plaintiff shall place the call.

4)      The deadlines to complete expert disclosures for all experts expected to
        testify at trial (both retained experts, Fed. R. Civ. P. 26(a)(2)(B), and non-
        retained experts, Fed. R. Civ. P. 26(a)(2)(C)), and extending other case
        progression deadlines and settings as reasonably required by the above
        necessary extensions.

                For the Plaintiff: September 14, 2015

                For the Defendants: October 30, 2015

                Plaintiffs rebuttal: November 30, 2015

                Defendants' rebuttal: December 14, 2015

5)      The deposition deadline is January 8, 2016.

6)      The deadline for filing motions to dismiss, motions for summary judgment,
        and motions to exclude testimony under *Daubert* and related grounds is
        January 25, 2016.

7)      No further continuances will be granted absent a substantial showing of
        good cause.

August 5, 2015.

                                BY THE COURT:

                                *s/ Cheryl R. Zwart*
                                United States Magistrate Judge

2