IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIE A. BUSSING,<br><br>            Plaintiff,<br><br>vs.<br><br>COR CLEARING, LLC, COR SECURITIES HOLDINGS, Inc.; CARLOS P. SALAS, CHRISTOPHER L. FRANKEL, AND STEVEN A. SUGARMAN,<br><br>            Defendants. | 8:12CV238<br><br>**MEMORANDUM AND ORDER** |

The parties participated in a telephonic status conference with the undersigned magistrate to discuss the progression of this case. Based upon the representations of the parties,

IT IS ORDERED:

1) If any discovery disputes remain as of October 13, 2015, on or before October 14, 2015, the parties shall file a joint summary, not to exceed ten double-spaced pages in length, which outlines the discovery requests at issue, the objections that are being asserted, and the parties' respective positions on the disputed discovery.

2) A telephonic status conference to discuss the parties' ongoing discovery efforts will be held at 12:00 p.m. on October 15, 2015, before the undersigned magistrate judge. Counsel for Plaintiff shall initiate the call.

Dated this 6th day of October, 2015

                                                    BY THE COURT:

                                                    *s/ Cheryl R. Zwart*
                                                    United States Magistrate Judge