IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIE A. BUSSING,<br><br>            Plaintiff,<br><br>vs.<br><br>COR CLEARING, LLC, COR SECURITIES HOLDINGS, Inc.; CARLOS P. SALAS, CHRISTOPHER L. FRANKEL, JEFFREY N. SIME, AND STEVEN A. SUGARMAN,<br><br>            Defendants. | 8:12CV238<br><br>ORDER |

This morning, the court convened a telephonic conference[1] to discuss the plaintiff's Motion to Overrule AEO Designation. (Filing No. 156). The motion is not resolved, and the defendant will be afforded an opportunity to respond.[2] However, the court finds that certain matters must be available to the plaintiff as soon as possible so she can engage in informed discussions during today's settlement conference. Accordingly,

    IT IS ORDERED:

    1)    On or before 11:30 a.m. (C.S.T.) today, the defendant shall disclose the insurance coverage amount which remains available (e.g., after deductions for attorney fees, litigation expenses, and other claims already paid or owed) under any policy that may provide coverage for all or any part of the plaintiff's claims.

---

[1] The conference was not held on the record. As such, the court is entering this written order.

[2] Plaintiff has moved for sanctions for failing to comply with the court's prior order, (Filing No. 148), and the associated protective order, (Filing No. 149). Those orders limit AEO designations to "documents reflecting client lists, (including client names, addresses, phone numbers, and email addresses), and agreements reflecting confidential settlements with persons who are not parties to this litigation." (Filing No. 149, at CM/ECF p. 2-3). Defense counsel was and remains strongly admonished to review and comply with those orders, including when responding to any requests by the plaintiff for disclosure of additional information during the settlement conference today.

2) The defendant shall immediately disclose to plaintiff, without an AEO designation, the transcript of the audio recording in FINRA Case Id 14-00079, COR Clearing, LLC v. David H. Jarvis, filed of record as Exhibit B to Plaintiff's motion, (Filing Nos. 160-1, 161-1, 162-1, 165-1).

November 18, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge