IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIE A. BUSSING,<br><br>        Plaintiff,<br><br>vs.<br><br>COR CLEARING, LLC, COR SECURITIES HOLDINGS, Inc.; CARLOS P. SALAS, CHRISTOPHER L. FRANKEL, JEFFREY N. SIME, AND STEVEN A. SUGARMAN,<br><br>        Defendants. | 8:12CV238<br><br>ORDER |

The parties have filed a joint motion to dismiss with prejudice. (Filing No. 213).

Accordingly,

IT IS ORDERED:

1)     Plaintiff's motion to compel, (Filing No. 156), is denied as moot.

2)     The conference call scheduled for today at 3:00 p.m. is cancelled.

February 11, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge